PROB 22
(Rev. 2/98)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:94CR20075-02 |
| DOCKET NUMBER *(Rec. Court)* | |

2005 MAY 17 AM 10:20

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>WESTERN DISTRICT OF TENNESSEE | DIVISION<br>WESTERN |
|---|---|---|
| Israel Basulto<br>175 E. 33rd Street, No. 6<br>Hialeah, Florida 33010 | NAME OF SENTENCING JUDGE<br>Honorable Odell Horton | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/24/2002 — TO 09/23/2007 |

**OFFENSE**

AIDING & ABETTING IN THE POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE
21 USC §84 (a)(1) and 18 USC §2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   WESTERN   DISTRICT OF   TENNESSEE   (Memphis)

IT IS HEREBY ORDERED that pursuant to 18 USC §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the   Southern District of Florida (Miami)   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/18/2005
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   FLORIDA ( MIAMI)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-14-05
Date

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-17-05

(287)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 287 in case 2:94-CR-20075 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT